Dismissed and Opinion filed February 27, 2003









 

Dismissed
and Opinion filed February 27, 2003.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-03-00116-CR

____________

 

NIKIA CLARK, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 240th District Court

Fort
Bend County,
Texas

Trial Court Cause No.
32,963

 



 

M
E M O R A N D U M   O P I N I O N

A written request to withdraw the notice of appeal, personally signed by
appellant, has been filed with this Court. 
See Tex. R. App. P.
42.2.  Because this Court has not
delivered an opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

Judgment rendered and Opinion filed
February 27, 2003.

Panel consists of Justices Anderson,
Seymore, and Guzman.

Do not publish ‑ Tex. R. App. P. 47.2(b).